**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AFIFA AMOURI-NOUAILI, an individual,<br>Plaintiff,<br>vs.<br>POINT B, INC.; JOEL BEHERNDT; and DOES 1 to 100, inclusive,<br>Defendants. | CASE NO: 2:26-cv-00592 JLS (PDx)<br><br>Hon. Josephine L. Staton<br>United States District Judge<br><br>**ORDER re DISMISSAL**<br><br>State Complaint Filed: October 30, 2025<br>Removal Action Filed: January 21, 2026 |

## ORDER RE DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a) (1) (ii), IT IS ORDERED that this action be dismissed with prejudice as to all claims, causes of action, and parties.

DATED: September 14, 2026

By: Josephine L. Staton
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE